U.S. DISTRICT COURT of Middle Florida
OFFICE OF THE CLERK : Hon Chief Judge
401 W. Central BLVD #1200 Orlando Florida 32801
February 2. 2024

Justin Yeol OH
a Petitioner

V.

DEPT of Justice
Respondent

under 42 U.S.C. 1983
a civil rights action
own solely
a Complaint by Federal
OR THE law of the state
For Injury

an amended
"Vacated, Reviewed
Remand, Rehearing
required or permitted
sufficient. good. know. Condon

conclusions of Laws. immediate. determination
suffices. Corporations stack 50% own
filing service of documents, any document
in forma pauperis supreme court Rule 29

Tax payer Damage OR ~~no~~ discrimination
by Jury a writ of attachment garnishment an owner
ship amount of damage is $ ~~twenty millions dollars~~ payments amounts. Taxes, results
I am Injured To Redress Required and Bargain and Sale, payments
only Five millions dollars, Final: citizenship papers.
Pay Taxes
a claim by

a new Reason by no Roach or bed bug in Room of apartment
and ~~Elevator no running more than~~ now working six months
a Writ of Attachment garnishment an ownership amount
of damages is $ ~~One million~~ dollars. I am Injured
To Redress Required Bargain and Sale amounts, payments
only Hundred thousands dollars, no more: Final citizenship papers
Pay Tax
a claim by Justin Yeol OH

"merser" an amended
a Relief
a Forthwith

name: Justin Yeol OH
address: 2628 W 8th ST #319
Los Angeles, CA 90057

Date: ~~February 2. 2024~~

A notice of appeal
U.S. District Court of the ~~Central~~ Middle District of ~~California~~ Florida
February 2, 2024

Justin Yeol Oh
A Petitioner
V.
Respondent
Dept of Justice

a Notice of Appeal
Docket No:
Notice: a party:

Name: Justin Yeol Oh
Address: 2629 W 8th ST #319
Los Angeles, CA 90057

Date: February 2, 2024

a writ of certiorari
an appropriated
am immediately
a within ten days
  the last day of filing
a covenant
a decision
a determination
a conclude
a no more
continuing
a Teaching

amounts
Taxes.
results
Bargain
and
sale
Payments,

in my way
a Rehearing
a Relief
a granted
an amended
a conclude
a Judgment, a reviewed
a good cause, a good fait
a Reversal
a Jurisdiction to Supreme Court. Courts. Congress
I will conduct myself
I believe that I am entitled to Redress

(vertical left margin: a settle, a conclusions of laws, immediate determination, in forma pauperis supreme court Rule 28 suffices, corporations stock 50% own filing service g documents, any document Required or permitted, sufficient, good. Know. Condom Vacated, Remand, Rehearing, Reviewed, an amended pay taxes)